UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

Plaintiff,

v.

D1- Pascal Stitt
D2- Javier Castillo
D3- Heather Wilson,

Defendants.
_______________________________/

1:25-mj-30525
Judge: Morris, Patricia T.
Filed: 08-18-2025

**MOTION AND ORDER TO SEAL**
**COMPLAINT AND ARREST WARRANTS**

THE UNITED STATES OF AMERICA requests the court to seal the Complaint and Arrest Warrants, and all attendant papers for the reason that the Defendants may flee prior to appearance on the complaint. This sealing order is entered with the express exception that upon the Defendant's arrest, the government may provide copies of the aforementioned documents to the following persons to facilitate the defendant's appearance in court: the court and its staff, United States Pretrial Services, the United States Probation Department, the United States Marshal Service, the Defendant, the Federal Community Defender's Officer, and/or the Defendant's attorney.

The documents otherwise remain sealed for all other purposes until unsealed by order of the court.

Respectfully submitted,

Jerome F. Gorgon Jr.
United States Attorney

s/William Orr
William Orr
Assistant United States Attorney
101 First St. Ste. 200
Bay City, MI 48708
989-895-5712

Dated: August 18, 2025

**IT IS SO ORDERED.**

______________________
Hon. Patrica T. Morris
United States Magistrate Judge

Entered: August 18, 2025