**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**UNITED STATES OF AMERICA,**
**Plaintiff,**

**Case No. 25-mj-30525**

**JAVIER CASTILLO,**

**Defendant.**
_________________________________/

**SANFORD PLOTKIN (P38691)**
30445 Northwestern Hwy., Ste. 225
Farmington Hills, MI 48334
248-798-5756
sanfordplotkin@gmail.com

---

## APPEARANCE

Please enter the appearance of the undersigned as counsel for the Defendant.

Respectfully,

**s/Sanford Plotkin**
Sanford Plotkin (P38691)
30445 Northwestern Hwy., Ste. 225
Farmington Hills, MI 48334
248-798-5756
sanfordplotkin@gmail.com

Dated: August 121, 2025