AO 442 (Rev. 11/11) Arrest Warrant

AUSA: William Orr — Telephone: (989) 895-5712
Special Agent: Joshua Paczok — Telephone: (989) 892-6525

# UNITED STATES DISTRICT COURT

for the
Eastern District of Michigan

FILED
AUG 25 2025
U.S. DISTRICT COURT
BAY CITY, MICHIGAN

United States of America
v.
D2- Javier Castillo,

Case No. 1:25-mj-30525

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Javier Castillo,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 Conspiracy to deliver a Controlled Substance

21 U.S.C. § 841(a)(1) Possession with intent to Deliver a Controlled Substance

Date: August 18, 2025

*Issuing officer's signature*

City and state: Bay City, MI

Patricia T. Morris, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 8/13/2025, and the person was arrested on *(date)* 8/20/2025
at *(city and state)* Saginaw, MI.

Date: 8/20/2025

*Arresting officer's signature*

Travis Lloyd Special Agent
*Printed name and title*

*Distribution: Original Court – 1copy U.S. Marshal – 2 copies USA*