PS8
(01/24)

# United States District Court
for the
**Eastern District of Michigan**

U.S.A. vs. Javier Castillo Docket No. 25-30525

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Jason A. Hildebrant, Pretrial Services Officer, presenting an official report on defendant Javier Castillo, who was placed under pretrial release supervision on a $10,000.00 unsecured bond by United States Magistrate Judge Patricia T. Morris, sitting in the court at Bay City, Michigan, on August 20, 2025, under the following conditions:

1. Report as directed to Pretrial Services Agency.
2. Avoid all contact with co-defendant, witness in the investigation or prosecution and included in a list provided by U.S. Attorney.
3. Remove all firearms, destructive devices or other dangerous weapons from bond address and provide verification to the supervising officer within 48 hours of release.
4. Surrender any Concealed Pistol License (CPL) to the supervising officer within 48 hours of release.

**Respectfully presenting petition for action of court and for cause as follows**:

Mr. Castillo's instant offense alleges he conspired with others to deliver a controlled substance. At the time of his bail interview, Mr. Castillo reported to possess a rifle and a handgun. Pretrial Services is requesting the following two conditions be added to his Conditions of Pretrial Release:

1. Not possess a firearm, destructive device, or other dangerous weapon.
2. Not unlawfully possess a narcotic drug or other controlled substance unless prescribed by a licensed medical practitioner. Refrain from the use of marijuana which is prohibited by federal law.

On August 26, 2025, this writer advised Assistant United States Attorney William Orr and defense counsel, Sanford Plotkin, of this request. Assistant United States Attorney William Orr had no objection to this request. Defense counsel, Sanford Plotkin, has not yet responded to this request.

**PRAYING THAT THE COURT WILL ORDER that the defendant's bond be modified to include conditions that he not possess a firearm and not unlawfully possess a narcotic drug or other controlled substance.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 28, 2025

Respectfully,

/s/ Jason A. Hildebrant

U.S. Pretrial Services Officer

Place: Bay City, Michigan

Date: August 28, 2025

**THE COURT ORDERS:**

[ ] No Action

[ x ] Modification of Pretrial Conditions as Requested

[ ] Bond Review Hearing and defendant to appear before the Judge assigned to the case on [date] at [time].

[ ] The Issuance of a Warrant [check one]

[ ] Defendant to appear before the Judge assigned to the case for purposes of bond determination and Defendant temporarily detained pending hearing

[ ] Defendant to appear before the Duty Magistrate Judge for purposes of bond determination

[ ] The incorporation of the violation (s) contained in this petition with the other violations pending before the Court.

[ ] Other

ORDER OF COURT

Considered and ordered this 28th day

of August, 20 25 and ordered filed and made a part of the records in the above case.

Curtis Ivy Jr. for Patricia T. Morris

United States Magistrate Judge