United States District Court
Eastern District of Michigan

United States of America,

Plaintiff,

v.

D2- Javier Castillo
D3- Heather Wilson,

Defendants.

No. 25-mj-30525

Hon. Patricia Morris

---

**Stipulation and Order Extending the Preliminary Hearing and Time in which an Indictment Must be Returned and Finding Excludable Delay**

---

The parties jointly submit this stipulation and request that the Court order the preliminary exam scheduled September 10, 2025, and the time period in which an indictment must be returned be continued for approximately 90 days and find that the ends of justice served by this continuance outweigh the best interests of the defendant and the public in a speedy indictment.

Ordinarily, an indictment must be returned within thirty days from the date on which a defendant is arrested on a complaint. 18 U.S.C. § 3161(b). That period may be continued by the Court, however, and under some circumstances the resulting period of delay may be found to be excludable delay for purposes of the 30-day clock of § 3161(b). 18 U.S.C. § 3161(h)(7)(A). Defendants had their first appearances on August 20, 2025.

The parties jointly request that the preliminary hearing scheduled September 10, 2025, be adjourned and the Court continue the preliminary hearing and the period in which an indictment to December 16, 2025, because all parties need additional time to review the extensive discovery and prepare for the preliminary hearing in the case.

The parties request that the Court continue the time for indictment as requested on an independent basis under the ends-of-justice provision for the reasons set forth above.

The parties further stipulate and request that the Court find that, in light of the factors set forth in § 3161(h)(7)(B), the ends of justice served by this continuance outweigh the best interests of the defendant and the public in a speedy indictment, and that the period from September 10, 2025, to December 16, 2025, should therefore be excluded from the time within which an indictment must be filed. *See* 18 U.S.C. § 3161(h)(7)(A) (allowing for periods of excludable delay).

Respectfully submitted,

JEROME F. GORGON
United States Attorney

*s/William Orr*
WILLIAM ORR
Assistant United States Attorney
101 1st Street, Suite 200
Bay City, MI 48708
William.Orr@usdoj.gov
(989) 895-5712
Texas Bar 24102308

*s/Sanford Plotkin (w/consent)*
SANFORD PLOTKIN
Attorney for D2 Javier Castillo,
30445 Northwestern Hwy., Ste. 225
Farmington Hills, MI 48334
248-798-5756
sanfordplotkin@gmail.com
P38691

*s/Judith Gracey (w/consent)*
JUDITH S. GRACEY
Attorney for D3 Heather Wilson
2200 Beechmont Street
Keego Harbor, Michigan 48320
judith@thegraceylawfirm.com
248-221-7726
P39766

United States District Court
Eastern District of Michigan

United States of America,

Plaintiff,

v.

D2- Javier Castillo
D3- Heather Wilson,

Defendants.

No. 25-mj-30525

Hon. Patricia Morris

---

**Order Adjourning the Preliminary Hearing and Continuing the Time in Which an Indictment or Information Must be Filed and Finding Excludable Delay**

---

The Court has considered the parties' stipulation and joint motion to continue the preliminary hearing scheduled September 10, 2025, and the time period in which an indictment must be filed until December 16, 2025, and hereby grants that request. For the reasons described in the parties' submission, the Court specifically finds that the parties need additional time to review discovery and prepare for the preliminary hearing in the case. The Court further finds that failure to grant a continuance would likely make a continuation of the proceeding impossible, or result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(i).

Accordingly, the Court finds, after considering the factors set forth in 18 U.S.C. § 3161(h)(7)(B), that the ends of justice served by this continuance

outweigh the best interests of the public and the defendants in a speedy trial and that the continuance qualifies as excludable delay under 18 U.S.C. § 3161(h)(7)(A).

IT IS THEREFORE ORDERED that the time period from September 10, 2025 to December 16, 2025 shall constitute excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS FURTHER ORDERED that the preliminary hearing be adjourned at least 90 days and the time in which the government must return an indictment is extended and that the following deadlines will apply to these proceedings:

**Preliminary hearing: December 16, 2025, at 2:00pm**

**Time in Which to Indict: December 16, 2025**

s/ Patricia T. Morris
Patricia T. Morris
United States Magistrate Judge

Entered: September 2, 2025