UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

Plaintiff,

v.

D-2 JAVIER CASTILLO,

Defendant.
_______________________________________/

CASE NO. 25-MJ-30525

HON. PATRICIA T. MORRIS
United States Magistrate Judge

**MOTION AND BRIEF TO DISMISS COMPLAINT**

The United States of America moves this Court, pursuant to Rule 48(a), for leave to dismiss the Complaint and arrest warrant without prejudice against defendant, Javier Castillo, in the interest of justice.

JEROME F. GORGON, JR.
United States Attorney

s/Anthony P. Vance
ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices
600 Church Street
Flint, Michigan 48502-1280
Phone: (810) 766-5177
anthony.vance@usdoj.gov
P61148

s/William Orr
WILLIAM ORR
Assistant United States Attorney
101 First Street, Suite 200
Bay City, Michigan 48708-5747
Phone: (989) 895-5712
william.orr@usdoj.gov
Texas Bar No: 24102308