UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

Plaintiff,

v.

Case No. 1:25−mj−30525−PTM

Javier Castillo, et al.,

Defendant(s),

---

**ORDER FOR DISMISSAL OF COMPLAINT**

This matter coming before the Court on the Government's motion, with notice having been provided to the defense, for the reasons stated in the Government's motion, the Court grants the Government leave to dismiss the complaint against Javier Castillo.

Accordingly, it is hereby ordered that the Complaint against Javier Castillo be dismissed and that the Appearance Bond, if any, and the Order Setting Conditions of Release be cancelled.

s/Patricia T. Morris
Patricia T. Morris
U.S. Magistrate Judge

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

By: s/K Castaneda
Case Manager

Dated: November 10, 2025